S.D.N.Y. – N.Y.C.
25-cv-10268
Daniels, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of April, two thousand twenty-six.

Present:

      Debra Ann Livingston,
          *Chief Judge,*
      Dennis Jacobs,
      Beth Robinson,
          *Circuit Judges*.

---

DoorDash, Inc., Uber Technologies, Inc.,

      *Plaintiffs-Appellants*,

      v.                              26-158

City of New York,

      *Defendant-Appellee*.

---

Appellants move for an injunction pending appeal. Upon due consideration, it is hereby ORDERED that the motion is DENIED because Appellants have failed to make the required showing that an injunction pending appeal is warranted. *Reyes v. City of New York*, 141 F.4th 55, 66 n.12 (2d Cir. 2025).

          FOR THE COURT:
          Catherine O'Hagan Wolfe, Clerk of Court